■ In the Matter of LAMONT HAYWOOD, Appellant, v AUDREY HARRIS, Respondent. [893 NYS2d 793]—Appeal from an order of the Family Court, Monroe County (Patricia E. Gallaher, J.), entered July 21, 2008 in a proceeding pursuant to Family Court Act article 6. The order, insofar as appealed from, dismissed in part the amended petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Smith, J.P., Peradotto, Carni, Pine and Gorski, JJ.